IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18cr147 |
| Plaintiff, | : | |
| | : | JUDGE WALTER H. RICE |
| vs. | : | |
| COCO COCHRAN | : | |
| Defendant. | : | |

---

ENTRY REFERRING DEFENDANT TO DR. MASSIMO De MARCHIS, PSY.D., FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS OF DEFENDANT, PURSUANT TO 18 U.S.C.§3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL

---

This Court, on its own motion and with the full concurrence of both government's counsel and counsel for defendant, refers the defendant to Dr. Massimo De Marchis, Psy.D., for a determination of defendant's present mental status, pursuant to 18 United States Code §3552(c), and for a report of said evaluation.

Defendant is currently on bond with this Court, awaiting sentencing. The Court requests Dr. De Marchis to contact defendant's counsel, Nicholas Gounaris, at 937-222-1515, to facilitate the scheduling of an appointment.

It is the request of this Court that counsel for the defendant and the government furnish Dr. De Marchis with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the pre-sentence investigation report to Dr. De Marchis.

Dr. De Marchis should delay any evaluation until expiration of the seven-day period.

June 17, 2020

tp - per Judge Rice authorization after his review
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record